**Appeal Reinstated; Motion Granted; Appeal Dismissed; and Memorandum Opinion filed November 13, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-17-00284-CV

---

### JOSEPH FRIED, Appellant

### V.

### PAUL HARLAN & ROBERT COLLINS, Appellees

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-12069**

---

## M E M O R A N D U M   O P I N I O N

This is an interlocutory appeal from an order signed March 23, 2017. We abated the appeal on the parties' motion on June 21, 2018, for the parties to pursue settlement. On November 8, 2018, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1.

We reinstate the appeal, grant the motion, and dismiss the appeal.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Brown